DOY/353065 726-43-51

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| STEVEN E. HAMMER, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 08-CV-339-FJG ) |
| JP'S SOUTHWESTERN FOODS, L.L.C. d/b/a JOSE PEPPER'S BORDER GRILL & CANTINA; and DOES 1 through 10, inclusive, | ) ) ) ) |
| Defendants. | ) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION *IN LIMINE* NO. 10**

Defendant, JP'S Southwestern Foods, L.L.C. ("JP's"), by and through its attorneys, hereby submits its Response to Plaintiff's Motion *in limine* No. 10.

1. Plaintiff's motion seeks to exclude any party or attorney from making statements related to settlement negotiations, offers, claims or positions. JP's is in agreement with this motion.

2. However, Plaintiff's motion is contradicted by certain of his deposition designations and trial exhibits whereby he designates communications relating to settlement. (*See, e.g.*, Plaintiff's Trial Exhibit No. 54).

WHEREFORE, Defendant, JP's Southwestern Foods, L.L.C., respectfully requests this Honorable Court grant Plaintiff's Motion *in limine* No. 10.

Dated: July 27, 2010

          JP'S SOUTHWESTERN FOODS, L.L.C. d/b/a
          JOSE PEPPER'S BORDER GRILL & CANTINA

          By: /s/Joe Gagnon
          One of Its Attorneys

Joe Gagnon
Gagnon Law Firm, LLC
P.O. Box 208
504 Center Street, Suite E
Lathrop, MO 64465
(816) 740-4541

James K. Borcia
David O. Yuen
Tressler LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606
(312) 627-4000

# CERTIFICATE OF SERVICE

  I hereby certify that on July 27, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Ryan L. McClelland | Fred Walters |
| The Flagship Building | Walters. Bender. Strohbehn & Vaughan. P.C. |
| 200 Westwoods Drive | 2500 City Center Square |
| Liberty, MO 64068- 1170 | 1100 Main Street |
| | Kansas City, MO 64196 |

                s/ Joe Gagnon

Joe Gagnon
Gagnon Law Firm. LLC
P.O. Box 208
504 Center Street. Suite E
Lathrop, MO 6446;
(816) 740-4541

James K. Borcia
Tressler LLP
233 South Wacker Drive, 22nd Floor
Chicago. IL 60606
(312) 627-4000

3

Case 4:08-cv-00339-FJG   Document 165   Filed 07/27/10   Page 3 of 3